

US0D1085555S

# (12) United States Design Patent
## Chang

(10) Patent No.:   **US D1,085,555 S**
(45) Date of Patent:   ** **Jul. 22, 2025**

(54) **PET PLAYPEN**

(71) Applicant: **Wuxi Gougelila Electronic Commerce Co., Ltd.**, Wuxi (CN)

(72) Inventor: **Xiudong Chang**, Wuxi (CN)

(73) Assignee: **Wuxi Gougelila Electronic Commerce Co., Ltd.**, Wuxi (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/906,798**

(22) Filed: **Nov. 10, 2023**

(30)   **Foreign Application Priority Data**

Oct. 11, 2023   (CN) .......................... 202330656487.9

(51) **LOC (15) Cl.** ............................................... **30-02**

(52) **U.S. Cl.**
 USPC ...................................... **D30/108**

(58) **Field of Classification Search**
 USPC ....... D30/108, 109, 112, 114, 115, 116, 117, D30/118, 119, 120, 199; D6/331, 332, D6/382, 390, 391, 392, 675.5; D25/45, D25/48.1, 48.3, 48.4, 48.5; D21/834, 837
 CPC ...... A01K 1/0245; A01K 1/0272; A01K 1/02; A01K 1/035; A01K 1/032; A01K 1/033; A01K 1/034; E06B 9/01; E06B 2009/015; E06B 9/02; E06B 9/04; E06B 9/06
 See application file for complete search history.

(56)   **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,844,016 | A | * | 7/1989 | Filosa ...................... | A01K 1/03 119/501 |
| D422,367 | S | * | 4/2000 | Mishina ...................... | D25/38.1 |
| D714,960 | S | * | 10/2014 | Weisbeck .................... | D25/48.5 |
| D916,387 | S | * | 4/2021 | Abe ............................ | D30/119 |
| 2017/0306693 | A1 | * | 10/2017 | Potter ....................... | E06B 9/04 |
| 2019/0208741 | A1 | * | 7/2019 | Huthmaker ............ | A01K 1/034 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 200630051332 | * | 11/2006 |
| CN | 201630663345 | * | 7/2017 |
| CN | 201830266225 | * | 10/2018 |
| CN | 202130407502.7 | * | 1/2022 |
| EM | 015000865 | * | 11/2022 |

OTHER PUBLICATIONS

Maerd—posted Jan. 13, 2023—retrieved Apr. 10, 2025_ Retrieved from Internet _ https://www.amazon.com/Playpen-Kennel-playpen-Medium-Rabbit/dp/BOBSB7STYT (Year: 2023).*

(Continued)

*Primary Examiner* — Wendy L Arminio
*Assistant Examiner* — Sherry L Jones

(57)   **CLAIM**

The ornamental design for a pet playpen, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a pet playpen, showing my ign;
FIG. 2 is a front elevation view thereof;
FIG. 3 is a rear elevation view thereof;
FIG. 4 is a left side elevation view thereof;
FIG. 5 is a right side elevation view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.
The broken lines depict portions of the pet playpen that form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



(56) **References Cited**

OTHER PUBLICATIONS

Front Row—posted Sep. 7, 2023—retrieved Apr. 10, 2025_ Retrieved from Internet _ https://www.amazon.com/dp/B0CHHH2F75/ref=sspa_dk_detail_3?th=1 (Year: 2023).*

BingPaw—posted Oct. 9, 2023—retrieved Apr. 10, 2025_ Retrieved from Internet _ https://www.amazon.com/Large-Dog-Whelping-Box-Playpen/dp/B0CKR4CJ8W?th=1 (Year: 2023).*

Ksmsem—posted Jun. 22, 2022—retrieved Apr. 10, 2025_ Retrieved from Internet _ https://www.amazon.co.jp/Changeable-Foldable-Assembly-Required-Prevention/dp/B0B4R1KNYH/ref=pd_rhf_se_s_pd_sbs_rvi_d_sccl_1_4/356-9790667-3887652?th=1 (Year: 2022).*

Gumi Seao—posted Jul. 5, 2023—retrieved Apr. 10, 2025_ Retrieved from Internet _ https://www.amazon.com/Playpen-Foldable-Puppies-6-Panels-Assemble/dp/B0CB5RN7FN?th=1 (Year: 2023).*

Gupamiga—posted Oct. 16, 2020—retrieved Apr. 10, 2025_ Retrieved from Internet _ https://www.amazon.com/Playpen-Foldable-Exercise-Portable-Supplies/dp/B08L92GNZT?th=1 (Year: 2020).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7